UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BCJ PROPERTIES, LLC, | | |
| *Plaintiff* | | |
| v. | | No. 1:24-cv-00820-LGS |
| MT. HAWLEY INSURANCE COMPANY, | | AGREED ORDER OF DISMISSAL WITH PREJUDICE |
| *Defendant* | | |

On this day, the Court considered the Joint Stipulation of Dismissal filed by Plaintiff BCJ Properties, LLC and Defendant Mt. Hawley Insurance Company. Having considered the stipulation, pleadings on file, and the agreed nature of the relief requested, the Court finds as follows:

1. Plaintiff's causes of action are dismissed with prejudice and each party shall bear its own costs incurred.

2. This dismissal resolves all claims among all parties and is a final termination of this suit. Any relief requested and not expressly granted is denied.

IT IS SO ORDERED on this the  18  day of  December , 2024.

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Agreed as to form and content:

| | |
|---|---|
| */s/ Seth Matthew Dornier* | */s/ Greg K. Winslett* |
| Benjamin Brouillette (*pro hac vice*) | Greg K. Winslett (*pro hac vice*) |
| Seth Matthew Dornier (*pro hac vice*) | Brent J. Rodine (*pro hac vice*) |
| BROUILLETTE LAW FIRM | QUILLING, SELANDER, LOWNDS, |
| 3999 S. Sherwood Forest Blvd |    WINSLETT & MOSER, P.C. |
| Baton Rouge, LA 70816 | 2001 Bryan Street, Suite 1800 |
| Telephone: (225) 292-2130 | Dallas, Texas 75201 |
| aanderson@brlegalhelp.com | Telephone: (214) 871-2100 |
| sdornier@brlegalhelp.com | gwinslett@qslwm.com |
| | brodine@qslwm.com |
| *Attorneys for Plaintiff* | |
| *BCJ Properties, LLC* | - and - |
| | Matthew Kraus |
| | Andrew Furman |
| | CHARTWELL LAW |
| | One Battery Park Plaza, Suite 710 |
| | New York, New York 10004 |
| | Telephone: (212) 968-2300 |
| | mkraus@chartwelllaw.com |
| | afurman@chartwelllaw.com |
| | |
| | *Attorneys for Defendant* |
| | *Mt. Hawley Insurance Company* |